UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID T. ASHCRAFT,

              **Plaintiff,**

v.                                      Civil No.2:14-cv-02022-AA

CAROLYN W. COLVIN, Acting Commissioner
of Social Security,

              **Defendant.**

## JUDGMENT

Pursuant to the ORDER FOR REMAND signed on November 24, 2015, this action is reversed and remanded to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) consistent with that ORDER FOR REMAND.

Dated this 24 day of November 2015.

*/s/ Ann Aiken*
Ann Aiken
United States District Judge

**JUDGMENT**